Decided December 1, 2009

---

NYRON DUMAS *v.* COMMISSIONER OF CORRECTION

The petitioner Nyron Dumas' petition for certification for appeal from the Appellate Court, 117 Conn. App. 901 (AC 29888), is denied.

*Edward G. McAnaney,* special public defender, in support of the petition.

*Timothy J. Sugrue,* senior assistant state's attorney, in opposition.

Decided December 1, 2009

---

RICHARD BENNETT, JR., ADMINISTRATOR (ESTATE OF RICHARD BENNETT, SR.) *v.* NEW MILFORD HOSPITAL, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 117 Conn. App. 535 (AC 29944), is granted, limited to the following issue:

"Did the Appellate Court properly affirm the trial court's dismissal of the present case for failure to comply with General Statutes § 52-190a?"

The Supreme Court docket number is SC 18502.

*Andrew J. Pianka,* in support of the petition.

*Matthew M. Sconziano* and *Bruce F. Gilpatrick,* in opposition.

Decided December 1, 2009